MILLER v. RAILWAY. From Rowan. *R. L. Wright* and *P. S. Carlton* for plaintiff, appellant; *T. C. Linn* for defendant. Affirmed.

WALL v. SMITH, appellant. Dismissed for failure to prosecute.

MILLER v. MILLER, appellant. Dismissed for failure to prosecute.

DOBSON v. RAILWAY. From Surry. *W. L. Rees* for plaintiff, appellant; *Manly & Hendren* for defendant. Affirmed.

BEAM v. ADDERHOLDT. From Lincoln. *Self, Whitener & Mauser* for plaintiff, appellant; no counsel *contra*. Affirmed.

SHUMAKE v. WILKESBORO. *Finley & Hendren* and *F. D. Hackett* for defendant, appellant. Affirmed.

GAST v. CROUCH. From Catawba. *E. B. Cline* for plaintiffs; *Hufham & Williams* for defendant, appellant. Affirmed.

DORSEY v. BRIDGES. From Rutherford. *McBrayer & McBrayer* and *B. A. Justice* for plaintiffs, appellants; *S. Gallert* for defendant. Affirmed.

LYMAN v. LYMAN, appellant. From Buncombe. Dismissed for failure to print record.

MARTIN v. COOPER. From Haywood. *W. B. & H. R. Ferguson* and *W. T. Crawford* for plaintiff, appellant; no counsel *contra*. Affirmed.

BRISCOE v. JORDAN. From Gates. *Bond* for plaintiff. Dismissed under Rule 17.

EBORN v. LUMBER Co. From Craven. Dismissed for failure to print.

WORSLEY v. KEECH. From Edgecombe. Dismissed under Rule 17.

HARRELL v. WEBB. From Edgecombe. Dismissed under Rule 17.

STATE v. WILLIAMS. From Wake. Dismissed under Rule 17.